IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL WEATHERLY,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 10-02703 WHA

**ORDER TO SHOW CAUSE**

Plaintiff is **ORDERED TO SHOW CAUSE** why this social security appeal should not be dismissed for failure to prosecute. Specifically, plaintiff must provide proof of service of the summons and complaint upon the Commissioner. This information is required to ensure that both sides adhere to the deadlines set forth in the procedural order (Dkt. No. 2). Plaintiff, who is represented by counsel, must file such proof **BY NOON ON THURSDAY, NOVEMBER 18, 2010**, or this appeal will be dismissed.

**IT IS SO ORDERED.**

Dated: November 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE